Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

**No. 66368.**—Miya Co., Inc. *v.* United States, protests 60/22786 and 60/28563 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

**No. 66369.**—K. Heitz Import Co. et al. *v.* United States, protests 58/17165, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of plastic slide frames or mounts the same as those the subject of Abstract 64154, the merchandise was held dutiable at 22½ percent under paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), or at 21, 20, or 19 percent, depending upon the date of entry, under said paragraph, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), as claimed.

**No. 66370.**—Shasha Trading Co., Inc. *v.* United States, protest 61/3332 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C.D. 1904), the claim of the plaintiff was sustained.

**No. 66371.**—Artiflor Manufacturing Co. et al. *v.* United States, protests 61/169, etc. (New York).